```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/12/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
RIAZ AHMED SHAD *and* MONROE PLACE ASSOCIATION,

                              Plaintiffs,

                          -v -

ZACHTER PLLC, *et al.*,

                             Defendants.
------------------------------------------------------------- X

1: 23-cv-10724-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

     This action was removed from the Supreme Court of the State of New York, County of New York, on December 8, 2023. Dkt. No. 1. Pursuant to Fed. R. Civ. P. 81(c)(3), if any party wishes to demand a jury trial in this matter, the demand must be served and filed no later than December 22, 2023. Additionally, counsel for Plaintiffs are directed to promptly file a notice of appearance in this case. Counsel for Defendant is directed to serve a copy of this order on Plaintiffs, and to retain proof of service.

     SO ORDERED.

Dated: December 12, 2023
       New York, New York

                                                                   _____
                                                                    GREGORY H. WOODS
                                                               United States District Judge