USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/22/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
                                                 :

RIAZ AHMED SHAD *and* MONROE PLACE  :
ASSOCIATION,
                                                 :

                              Plaintiffs,  :
                                                 :        1:23-cv-10724-GHW

                -v -                          :

ZACHTER PLLC, *et al*.,                    :              ORDER

                           Defendants. :
                                                 :
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

       On March 21, 2024, Plaintiffs filed objections, Dkt. No. 20, to Judge Aaron's Report and Recommendation, Dkt. No. 19. Defendants' response, if any, is due March 28, 2024. Plaintiffs are directed to serve a copy of this order on all Defendants who are not represented by counsel in this action and to retain proof of service.

       SO ORDERED.

Dated:  March 22, 2024
           New York, New York

                                                        _____
                                                             GREGORY H. WOODS
                                                         United States District Judge