```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/4/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
:
RIAZ AHMED SHAD *and* MONROE PLACE :
ASSOCIATION, :
:
                                   Plaintiffs, :
:
                -v - :
:
ZACHTER PLLC, *et al.*, :
:
                              Defendants. :
:
------------------------------------------------------------------ X

1:23-cv-10724-GHW-SDA

<u>ORDER</u>

GREGORY H. WOODS, United States District Judge:

      On May 3, 2024, the Court entered an order adopting Magistrate Judge Aaron's Report & Recommendation, granting the Zachter Defendants' motion to dismiss. Dkt. No. 24. The Court has issued an amended order on the same date. The amended version corrects a single typographical error and does not substantively modify the opinion.

      The Clerk of Court is directed to mark the order entered at Dkt. No. 24 party-view only.

      SO ORDERED.

Dated: May 4, 2024
New York, New York

                                                    _____
                                                      GREGORY H. WOODS
                                                  United States District Judge