```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/20/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
:
RIAZ AHMED SHAD *and* MONROE PLACE     :
ASSOCIATION,                                                           :
                                                                                  :         1:23-cv-10724-GHW-SDA
                                              Plaintiffs,              :
                    -v -                                                     :         ORDER
                                                                                  :
ZACHTER PLLC, *et al.*,                                          :
                                                                                  :
                                              Defendants.          :
                                                                                  :
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On May 3, 2024, the Court entered an order adopting Magistrate Judge Aaron's Report & Recommendation, granting the motion to dismiss filed by Zachter PLLC and Jeffrey Steven Zachter (collectively the "Zachter Defendants"), without prejudice.  Dkt. No. 25.  The Court granted Plaintiffs leave to amend, stating that "[a]ny amended complaint must be filed within fourteen days from the date of this opinion"—in other words, by May 17, 2024.  *See id.* at 13.  As of the date of this order, Plaintiffs have not filed an amended complaint.  Accordingly, Plaintiffs' claims against the Zachter Defendants are dismissed with prejudice.

The Clerk of Court is directed to remove the names of Zachter PLLC and Jeffrey Steven Zachter from the caption of this case.

SO ORDERED.

Dated:  May 20, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge