UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Riaz Ahmed Shad, et al.,

                        Plaintiffs,

-against-

RPG Ocean Holdings, LLC,

                        Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/20/2024

1:23-cv-10724 (GHW) (SDA)

**ORDER SCHEDULING CONFERENCE**

**STEWART D. AARON, United States Magistrate Judge:**

In light of Judge Woods' Orders dismissing the Zachter Defendants from the above-captioned case (5/3/24 Am. Order Adopting R&R, ECF No. 25; 5/20/24 Order, ECF No. 27), the only remaining Defendant is RPG Ocean Holdings, LLC ("RPG"). No counsel for RPG has yet entered an appearance in this case.

Counsel for Plaintiffs shall appear for a telephone conference on Thursday, May 30, 2024 at 11:00 a.m. to address how they intend to proceed against RPG in this case. At the scheduled time, counsel shall call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745. If counsel for Plaintiffs has been in contact with any counsel purporting to represent RPG, counsel for Plaintiffs shall forward a copy of this Order to such individual, who may participate in the May 30, 2024 telephone conference.

**SO ORDERED.**

Dated: New York, New York
       May 20, 2024

                                                                                _____
                                                                                 STEWART D. AARON
                                                                                 United States Magistrate Judge