```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/9/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- X
:
RIAZ AHMED SHAD *and* MONROE PLACE :
ASSOCIATION, :
: 1:23-cv-10724-GHW-SDA
Plaintiffs, :
: ORDER
-v - :
:
ZACHTER PLLC, *et al.*, :
:
Defendants. :
:
--------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

On September 9, 2024, the Clerk of Court entered a clerk's certificate of default of Defendant RPG Ocean Holdings, LLC. Dkt. No. 43. If Plaintiffs intend to move for default judgment, Plaintiffs should file a proposed order to show cause, accompanied by supporting documentation as discussed in the Court's Individual Rules of Practice in Civil Cases. Plaintiffs are specifically directed to comply with the procedure set forth in Attachment A of the Court's Individual Rules. The Court will not consider any submission that does not fully comply with the Court's Individual Rules.

The Court expects that any application for default judgment will be made by no later than September 30, 2024.

SO ORDERED.

Dated: September 9, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge