```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/21/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW COURT
------------------------------------------------------------------ X
:
RIAZ AHMED SHAD *and* MONROE PLACE :
ASSOCIATION, :
: 1:23-cv-10724-GHW-SDA
Plaintiffs, :
: ORDER
-v - :
:
ZACHTER PLLC, *et al.*, :
:
Defendants. :
:
------------------------------------------------------------------ X

GREGORY H. WOODS, District Judge:

On October 9, 2024, the Court issued an order to show cause directing, among other things, that Plaintiffs serve a copy of the Court's October 9, 2024 order and Plaintiffs' materials in support of their application for default judgment against Defendant RPG Ocean Holdings, LLC, by October 15, 2024. Dkt. No. 52. Plaintiffs are ordered to file proof of such service electronically on ECF no later than October 23, 2024, or to file a letter stating the reasons for Plaintiff's failure to effect service by October 15, 2024.

SO ORDERED.

Dated: October 21, 2024
New York, New York                                  _____
                                                       GREGORY H. WOODS
                                                     United States District Judge